No. 766. V. F. MILLER *v.* UNITED STATES. March 29, 1920. Petition for a writ of certiorari to the Circuit Court

of Appeals for the Fifth Circuit denied. *Mr. A. M. Chambers* for petitioner. *Mr. Assistant Attorney General Stewart* and *Mr. H. S. Ridgely* for the United States.